**RECEIVED**

SEP 1 7 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

# IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

Robert Scott, *et ux.*,            )
                                   )   Case No: 1:07-cv-01529 (ESH)
       Plaintiffs,  )
                                   )
v.                                 )
                                   )
UNITED STATES (Government),        )   **NOTICE OF APPEAL**
                                   )
       Defendant.   )
                                   )

    Plaintiffs hereby GIVE NOTICE of their intent to Appeal the Court's August 31, 2007, *sua sponte* dismissal of their Complaint.

    Respectfully Submitted

    Dated 9/13, 2007

*/s/ Robert Scott*
Robert Scott