## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ROBERT SCOTT,** *et al.*, ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | |
| v. ) | Civil Action No. 07-01529 (ESH) |
| ) | |
| **UNITED STATES,** ) | |
| ) | |
| **Defendant.** ) | |

### ORDER

This case having been remanded for reconsideration in light of *Jones v. Bock*, 127 S.Ct. 910 (2007), it is hereby

**ORDERED** that plaintiffs shall prepare summons pursuant to Federal Rule of Civil Procedure 4(a) and (b) and shall file proof of service with the Court once service has been completed pursuant to Federal Rule of Civil Procedure 4(c).


/s/
ELLEN SEGAL HUVELLE
United States District Judge

Date:   August 26, 2008